# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JERRYLINN KIRKLAND-RODRIGUEZ, et al., | : | Civil Action No. 17-5721 (RBK)(AMD) |
| | : | |
| Plaintiffs, | : | **ORDER FOR DISMISSAL PURSUANT TO FED R. CIV. P. 4(m)** |
| | : | **AND LOCAL CIVIL RULE 41.1(a)** |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

It appearing that the above captioned action having been pending for more than 90 days, and the Court having noticed the plaintiff for dismissal pursuant to Fed. R. Civ. P. 4(m) because the Complaint had not been served within this time, and the plaintiff having failed provide the necessary proof that they effected service upon the defendant, and good cause having not been shown as to why this action should not be dismissed,

It is on this 18th day of December, 2017,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m) and Local Civil Rule 41.1(a), without prejudice and without costs.

/s/Robert B. Kugler
UNITED STATES DISTRICT JUDGE